No. 70–229. INTERNATIONAL PRINTING PRESSMEN & ASSISTANTS' UNION OF NORTH AMERICA v. HODGSON, SECRETARY OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 70–230. CRANDALL v. UNITED STATES;

No. 70–5277. GORDON v. UNITED STATES;

No. 70–5284. DIXON v. UNITED STATES;

No. 70–5300. FANNING v. UNITED STATES;

No. 70–5301. MARMORSTEIN ET AL. v. UNITED STATES; and

No. 70–5313. SCHIKEVITZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 438 F. 2d 858.

No. 70–231. TOWN OF HARRISON v. MYERS, ADMINISTRATRIX. C. A. 2d Cir. Certiorari denied.

No. 70–232. INDEPENDENT BROKER-DEALERS' TRADE ASSN. ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 70–234. FIRST NATIONAL BANK OF COMMERCE, FORMERLY NATIONAL BANK OF COMMERCE IN NEW ORLEANS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 70–235. BUBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 70–236. HENDERSON, EXECUTOR v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 70–245. PICCHIONE ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied.